ADAM PAUL LAXALT
  Attorney General
JOSHUA M. HALEN, Bar No. 13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendants*
*Corey Cooke, Javier Gutierrez,*
*Corey Rowley and Michael Stolk*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| HADARI STALLWORTH, | Case No. 3:16-cv-00521-MMD-VPC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STOLK, et al., | |
| Defendants. | |

Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

**SO STIPULATED:**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| DATED this 19th day of August, 2018 | DATED this ____ day of August, 2018 |
| | ADAM PAUL LAXALT<br>Attorney General |
| By: *Hadari Stallworth*<br>HADARI STALLWORTH<br>Plaintiff | By: _____<br>JOSHUA M. HALEN<br>Deputy Attorney General<br>Attorneys for Defendant |

IT IS SO ORDERED. Case dismissed with prejudice.

_____
**U.S DISTRICT JUDGE**

**DATED**: Auust 27, 2018

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 27th day of August, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

HADARI STALLWORTH #1125408
HIGH DESERT STATE PRISON
P O BOX 650
INDIAN SPRINGS, NV 89070

                                                                                                              _____
                                                                                                               An employee of the
                                                                                                               Office of the Attorney General